IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WALTER SUNVISION,                          3:16-cv-02151-PK

        Plaintiff,                     ORDER

v.

RENTOKIL NORTH AMERICA, INC.,

        Defendant.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#21) on April 21, 2017, in which he recommends this Court grant Defendant Rentokil North America, Inc.'s Motion (#9) to Compel Arbitration and Stay or Abate Lawsuit Pending Arbitration and stay this matter pending arbitration. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#21). Accordingly, the Court **GRANTS** Defendant's Motion (#9) to Compel Arbitration and **STAYS** this matter pending arbitration.

IT IS SO ORDERED.

DATED this 15th day of May, 2017.

                                                               _____
                                                               ANNA J. BROWN
                                                               United States District Judge